■■■ Gina M. Hammond, Appellant, v Alekna Construction, Inc., et al., Respondents. [637 NYS2d 948] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly dismissed plaintiff's Labor Law § 241 (6) causes of action against defendants Alekna Construction, Inc., Stetson-Harza, Inc., also known as Harza Northeast, Inc., and Joseph A. Giruzzi, Inc., doing business as Joseph A. Giruzzi & Son. At the time she was allegedly injured, plaintiff was working as a secretary for the Utica City School District and, therefore, was "not engaged in a protected activity within Labor Law * * * § 241 (6)" (Warsaw v Eastern Rock Prods., 193 AD2d 1115; see, Jock v Fien, 80 NY2d 965, 967; Mordkofsky v V.C.V. Dev. Corp., 76 NY2d 573, 576-577; Malczewski v Cannon Design, 125 AD2d 941, 942). (Appeal from Order of Supreme Court, Oneida County, Tenney, J.—Labor Law.) Present—Pine, J. P., Wesley, Callahan, Davis and Boehm, JJ.

■■■ People, Respondent, v William Ralph Miller, Appellant. [639 NYS2d 346] —Motion for reargument and reconsideration denied (see, People v Robinson, 191 AD2d 523, lv denied 81 NY2d 1018). Present—Denman, P. J., Green, Fallon, Balio and Boehm, JJ.

■■■ In the Matter of Randall J. Doro, an Attorney, Respondent. Grievance Committee of the Eighth Judicial District, Petitioner. [638 NYS2d 372] —Order of suspension entered. Memorandum: Respondent's unexcused failure to appear or answer the petition constitutes a default. Present—Pine, J. P., Lawton, Wesley, Balio and Davis, JJ.